IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON BABB                                                                                          PETITIONER

v.                                          NO. 5:10CV00025 JMM

RAY HOBBS, interim Director of the                                                        RESPONDENT
Arkansas Department of Correction

ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This proceeding and the petitions for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jason Babb are dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.[1] Judgment will be entered for respondent Ray Hobbs.

---

[1] The Court is not convinced that Babb can "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE