IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON BABB                                                                                          PETITIONER

v.                                      NO. 5:10CV00025 JMM

RAY HOBBS, interim Director of the                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs. This proceeding and the petitions for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jason Babb are dismissed. All requested relief is denied.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE