IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


JASON BABB                                                                                          PETITIONER


V.                                      5:10CV00025 JMM/HDY


RAY HOBBS, Interim Director of the
Arkansas Department of Correction                                                  RESPONDENT


**ORDER**

On September 21, 2010, the Court entered a Judgment and Order adopting the Magistrate Judge's Findings and Recommendations dismissing this habeas action. On September 23, 2010 Petitioner filed his objections to the Magistrate Judge's Findings and Recommendations. Although untimely, the Court has reviewed the objections and finds them unpersuasive.

Therefore the Court's Order of September 21, 2010, adopting the Findings and Recommendations and dismissing the petitions for writ of habeas corpus pursuant to 28 U.S.C. §2254 remains the final Order of this Court. To the extent these objections are considered a Motion to Reconsider, the Motion is Denied (#22 ).

IT IS SO ORDERED THIS 24th day of September, 2010.


_____
James M. Moody
United States District Judge